UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DREW VINCENT BREEN,<br><br>                                  Plaintiff,<br><br>         -v.-<br><br>VICTOR MICHAEL FLOUTY *a/k/a* VICTOR MICHAEL FLUTIE *a/k/a* MICHAEL FLUTIE; HARRY HART ENTERTAINMENT LLC; TESTBOARD TECHNOLOGIES, INC.; 3-102-898342 SOCIEDAD DE RESPONSABILIDAD LIMITADA; SAN JUANILLO BEACH COTTAGES LIMITADA, XYZ COMPANIES 1-20 (SAID ENTITIES BEING FICTITIOUS); and JOHN DOES 1-20 (SAID PERSONS BEING FICTITIOUS),<br><br>                                  Defendants. | 25 Civ. 9050 (KPF)<br><br>**DEFAULT JUDGMENT** |

KATHERINE POLK FAILLA, District Judge:

This action having been commenced on October 31, 2025 by the filing of the Civil Cover Sheet and Complaint, and Summonses having issued thereafter, and a copy of the Summons and Complaint having been served on Defendant Victor Michael Flouty a/k/a Victor Michael Flutie a/k/a Michael Flutie on December 18, 2025 and a copy of the Summons and Complaint having been served on defendant Harry Hart Entertainment, LLC on December 9, 2025, and the foregoing defendants not having answered the Complaint, and the time for answering the Complaint having expired, it is

1

**ORDERED, ADJUDGED AND DECREED** that default judgment is entered in favor of Plaintiff Drew Vincent Breen and against Defendants Victor Michael Flouty a/k/a Victor Michael Flutie a/k/a Michael Flutie ("Defendant Flutie") and Harry Hart Entertainment LLC, jointly and severally, as follows:

1.  Plaintiff is awarded judgment in the principal amount of $713,500.00; and

2.  Plaintiff is awarded pre-judgment interest in the amount of $129,145.00;

3.  Plaintiff is awarded additional pre-judgment interest accruing at an aggregate per diem rate of $175.93 from the date set forth in Plaintiff's supporting submissions through the date of entry of this Judgment for a total amount of $11,787.31;

4.  Plaintiff is awarded any such other and further relief as the Court deems just and equitable.

Dated:      June 23, 2026
            New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

2