UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DREW VINCENT BREEN,

Plaintiff,

-v.-

VICTOR MICHAEL FLOUTY *a/k/a* VICTOR MICHAEL FLUTIE *a/k/a* MICHAEL FLUTIE; HARRY HART ENTERTAINMENT LLC; TESTBOARD TECHNOLOGIES, INC.; 3-102-898342 SOCIEDAD DE RESPONSABILIDAD LIMITADA; SAN JUANILLO BEACH COTTAGES LIMITADA, XYZ COMPANIES 1-20 (SAID ENTITIES BEING FICTITIOUS); and JOHN DOES 1-20 (SAID PERSONS BEING FICTITIOUS),

Defendants.

25 Civ. 9050 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of the motion of Defendants Victor Michael Flouty a/k/a Victor Michael Flutie a/k/a Michael Flutie and Harry Hart Entertainment LLC's ("Harry Hart") (collectively, "Defendants") to vacate the default judgment entered against them. (Dkt. #39). As an initial matter, the Court reminds defense counsel of counsel's obligation to email a courtesy copy of all motion papers to Chambers, pursuant to this Court's Individual Rules of Practice in Civil Cases.

The Court directs Plaintiff to file any response to Defendants' motion on or before **August 13, 2026**. In reviewing Defendants' submission, the Court understands Defendants to be arguing that Mr. Flutie unintentionally

misinterpreted the Court's Order on March 6, 2026 (Dkt. #21), and e-mail exchange with Court staff on March 13, 2026 (Dkt. #41-1 at 34). Specifically, when the Court represented that it would reschedule the Initial Pretrial Conference "if and when Defendants appear" in the case (Dkt. #21), Defendants mistakenly believed that the case was stayed until they retained counsel. Further, Defendants claim that this erroneous belief persisted even after the Court ordered Defendants to show cause as to why default judgment should not be entered against them on April 20, 2026 (Dkt. #32), and even after show-cause hearing on June 23, 2026 (Dkt. #35). Plaintiff is invited to respond to any and all of Defendants' arguments, but the Court is particularly interested in Plaintiff's efforts to ensure that service of pleadings and motion papers were properly effectuated on these Defendants.

In a prior Order, the Court granted Defendant TestBoard Technologies., Inc.'s ("TestBoard") request to answer the Complaint on or before August 5, 2026. (Dkt. #43). In light of the current default judgments against Defendants Mr. Flutie and Harry Hart, their request to join TestBoard's answer is denied without prejudice. These Defendants may renew their application pending resolution of their Motion to Vacate Default Judgment.

SO ORDERED.

Dated: July 30, 2026
New York, New York

Katherine Polk Failla

KATHERINE POLK FAILLA
United States District Judge