Berkowitz Lichtstein

BERKOWITZ, LICHTSTEIN, KURITSKY, GIASULLO & GROSS, LLC • COUNSELORS AT LAW

75 Livingston Avenue ·Suite 102 · Roseland, New Jersey · 07068
*Main* 973.325.7800 · *Fax* 973.325.7930 · www.blkgg.com

Richard S. Finkelstein ■▲
Robert J. Giasullo
Jonathan M. Gross ■▲
Stuart M. Kuritsky
Stewart M. Leviss •
John C. Messina
Lawrence T. Neher
Lance T. Eisenberg ■☼
Roy J. Thibodaux III ▲•

Eric Melzer *▲
Lisa M. Stern ■▲
Matt Iftode ▲
Evan Silagi ▲
Eric Carosia ▲
Kevin R. Centurrino ♦
Brendan Greve
Maria A. Muchnik

■ *LLM in Taxation*
* *LLM in Corporate & Trade Regulation*
▲ *Admitted in NY & NJ*
♦ *Admitted in PA, NY & NJ*
☼ *Admitted in FL, NY & NJ*
• *Certified by the Supreme Court of New Jersey as a Certified Trial Attorney*

Bernard S. Berkowitz (1930-2024)
Stephen P. Lichtstein (1946-2019)

Roy J. Thibodaux, III
Direct Line: 973-243-6030
E-mail: rthibodaux@blkgg.com

File#

September 9, 2026

Honorable Sarah L. Cave, U.S.M.J.
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

The request at Dkt. No. 58 is **GRANTED**. The telephone conference to schedule a settlement conference scheduled for September 16, 2026 at 2:00 p.m. ET (Dkt. No. 57) is **ADJOURNED** to **September 30, 2026 at 10:00 a.m. ET** on the Court's conference line. The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

The Clerk of Court is respectfully directed to close Dkt. No. 58.

SO ORDERED. September 10, 2026

SARAH L. CAVE
United States Magistrate Judge

**Re: Breen v. Flouty et al.**
**Case No. 1:25-cv-09050**

Dear Judge Cave:

This firm represents plaintiff, Drew Breen, in the above-referenced matter. I respectfully request an adjournment of the telephonic settlement conference that is presently scheduled with Your Honor on September 16, 2026 at 2:00 p.m. This is my first request for an adjournment of this conference, and no previous requests for an adjournment have been made.

The basis for this request is that I am scheduled to be on trial next week in the Superior Court of New Jersey, Bergen County, Probate Part, in connection with *In the Matter of the Estate of Dimitrios C. Fotopoulos, Deceased*, Docket No. P-612-25, and, accordingly, will be unavailable to participate in the conference as scheduled.

My adversary consents to this request. Counsel are mutually available to reschedule the telephone conference on the following dates: September 30th, October 6th, and October 7th. The requested adjournment will not affect any other scheduled dates or deadlines in this matter, and we thank the Court for its consideration of this request.

Respectfully submitted,

ROY J. THIBODAUX, III

RJT:ls
CC: James Graber, Esq.